```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-29-19
```



**NYCLU**
NEW YORK CIVIL LIBERTIES UNION

125 Broad Street
New York, NY 10004
212.607.3300
212.607.3318
www.nyclu.org

Robert Hodgson
Staff Attorney
rhodgson@nyclu.org
212-607-3317

March 29, 2019

**Via ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

*[Handwritten: 3/29/2019 — The requested adjournment is granted. So ordered. Paul Crotty USDJ]*

Re: *Duchitanga v. Lloyd et al.*, No. 18-cv-10332 (PAC)

Dear Judge Crotty:

On behalf of the plaintiffs in the above-captioned action, a putative class of immigrant children in government custody challenging delays in their release to family members and other sponsors caused by the Office of Refugee Resettlement's (ORR's) fingerprinting process, we write respectfully to request that the Court adjourn the deadline for the plaintiffs to file their motion for a preliminary injunction, which is currently set for April 1, 2019. The plaintiffs further request that they be permitted to provide an update to the Court on or before April 15, 2019, with a proposed new deadline if at that time they still intend to file their motion. The defendants consent to these requests.

The plaintiffs make their requests in light of a potentially significant change to ORR's fingerprinting policy announced via email to ORR's contractors on March 23, 2019, and first conveyed to the plaintiffs on March 25. *See* March 23 ORR Email Announcement, attached as Ex. A to this letter [hereinafter "March 2019 Policy Change"]. The March 2019 Policy Change purports to remove fingerprinting requirements for all Category 1 sponsors (parents and legal guardians) seeking reunification with their children, except in certain limited circumstances. This

1