UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/19

------------------------------------------------------------X

NORMA DUCHITANGA, individually and as next friend for M.M.D., a minor; BLANCA ORTIZ, individually and as next friend for O.S.O. and E.S.O., minors; DIEGO GARCIA AGUILAR, individually and as next friend for Y.G.R. and F.G.R., minors; THALIA ESCAREGA RUBIO, individually and as next friend for F.E.R., a minor; CLEDIA HERNANDEZ MEZA, individually and as next friend for B.L.M, a minor, on their own behalf and on behalf of others similarly situated,

    *Plaintiffs/Petitioners*,

v.

JOHNATHAN HAYES, Director, Office of Refugee Resettlement; ELCY VALDEZ, Federal Field Specialist, Office of Refugee Resettlement; LATISSE BENN, Federal Field Specialist, Office of Refugee Resettlement; ALEX AZAR, Secretary for the U.S. Department of Health and Human Services; DEPT. OF HEALTH AND HUMAN SERVICES.

    *Defendants/Respondents*.

18 Civ. 10332 (PAC)

**ORDER**

------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    For the reasons stated at today's conference, the Government's motion to stay discovery until its motion to dismiss is fully briefed and decided by the Court is DENIED. The parties are to confer and submit a proposed case management plan by June 10, 2019.

Dated: New York, New York
       June 3, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge