UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMA DUCHITANGA, individually and as
next friend for M.M.D., a minor, et al.,                    :

        Plaintiffs                                 :

      -against-                                      :

SCOTT LLOYD, Director, Office of Refugee      :
Resettlement, et al.,
                                               :

        Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

18-CV-10332 (PAC)(KNF)

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-

captioned action on June 24, 2020, at 2:00 p.m.  All counsel are directed to call (888) 557-8511

and, thereafter, enter access code 4862532.

Dated: New York, New York                  SO ORDERED:
       June 15, 2020

                                              _Kevin Nathaniel Fox_
                                       KEVIN NATHANIEL FOX
                                       UNITED STATES MAGISTRATE JUDGE